**In re the Marriage of Steven Lee O'DELL, Respondent,**

v.

**Susan Marie O'DELL, Appellant.**

**No. WD 45043.**

Missouri Court of Appeals, Western District.

Feb. 4, 1992.

William S. Ohlemeyer, Kansas City, for appellant.

William L. Hall, Independence, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

**PER CURIAM:**

Susan Marie O'Dell appeals the denial of her motion to modify dissolution decree.

The judgment is affirmed. Rule 84.16(b).